# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: F4068677/24H |
| CHRISTOPHER W. HANSEN | Pro Se |

**THE DEFENDANT:** Was found guilty after trial to the court on the Violation Notice.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.10k | Use of National Forest Land Without a Permit | 6/20/06 | 1 |

**It is further ordered that defendant shall serve one year of unsupervised probation and as a condition of that probation is banned from all national forests for one year, to begin immediately. Defendant shall next appear in U.S. District Court, Denver, Colorado to pay fine and costs on July 28, 2006 at 8:30 a.m.**

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| | $10.00 <br> $25.00 CVB Processing Fee | $500.00 |
| **Totals:** | $35.00 | $500.00 |

July 1, 2006
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 11, 2006
Date