IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00265–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER W. HANSEN,

    Defendant.

**ORDER OF DISQUALIFICATION OF JUDGE**

This matter comes before the court on a review of the file.  The undersigned judge hereby discloses that he is currently involved with officials of the United States Forest Service in discussions concerning access to a parcel of real estate partially owned by the judge and located in Eagle County, Colorado, in the White River National Forest.  The judge further notes that different officials of the United States Forest Service apparently investigated the facts underlying this case and that the case appears to involve allegations concerning improper use of national forest lands and/or violation of agency procedures and regulations.  This may therefore be a proceeding where the judge should disqualify himself on the ground that "his impartiality might reasonably be questioned." 28 U.S.C. § 455(a) (2005).  To avoid the appearance of impropriety, it is therefore

**ORDERS** as follows:

1.	The undersigned judge hereby disqualifies himself from further involvement in this case.

2.	The clerk will re-assign the case in accordance with applicable rules.

Dated this 26th day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge